IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCIT OF MASSACHUSETTS

|  |  |
|---|---|
| GENTI VLADIMIR RAPI )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>KRISTI NOEM, United States Secretary )<br>of Homeland Security, )<br>)<br>JOSEPH B. EDLOW, Director of U.S. )<br>Citizenship and Immigration Services, )<br>)<br>MARCO RUBIO, United States Secretary )<br>of State, U.S. State Department )<br>)<br>*Defendants*. )<br>) | CIVIL ACTION NO.<br><br>COMPLAINT UNDER THE<br>FREEDOM OF INFORMATION<br>ACT |

**COMPLAINT UNDER THE FREEDOM OF INFORMATION ACT**

Plaintiff by his undersigned counsel alleges as follows:

**INTRODUCTION**

1. The plaintiff, Genti Vladimir Rapi ("Plaintiff"), submitted a Freedom of Information Act ("FOIA") request to the Unites States Citizenship and Immigration Services ("USCIS") on June 2, 2025, for his Certificate of Eligibility for Exchange Visitor Status form (either an IAP-66 or DS-2019) and his entire A-file. Plaintiff also submitted a FOIA request to the United States Department of State ("DOS" or "State Department") on June 2, 2025, for his Certificate of Eligibility for Exchange Visitor Status form (either an IAP-66 or DS-2019) and any other immigration files of his that it holds. Neither USCIS nor DOS has made a determination as to the request as of the date of filing this Complaint.

## **JURISIDCTION AND VENUE**

2. This Court has jurisdiction over this action pursuant to FOIA, 5 U.S.C. §§ 552(a)(4)(B), (6)(C)(i), and 28 U.S.C. § 1331.

3. Venue is proper under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e) because Plaintiff resides in this district.

## **PARTIES**

4. Plaintiff Genti Vladimir Rapi is a citizen of Albania, and currently resides in Braintree, Massachusetts.

5. Defendant Krisi Noem is the Unites States Secretary of Homeland Security. She is named in her official capacity. The U.S. Department of Homeland Security ("DHS") is located at 300 7th St SW, Washington, DC 20024. DHS has numerous subdivisions and component agencies, including the USCIS.

6. Defendant Joseph B. Edlow is the Director of U.S. Citizenship and Immigration Services. He is named in his official capacity. USCIS is headquartered at 5900 Capital Gateway Dr, Camp Springs, MD 20746, with their National Records Center located in Lee's Summit, MO 64064. USCIS administers the immigration system in the United States and holds records of immigration documents including A-files.

7. Defendant Marco Rubio is the Secretary of State. He is named in his official capacity. The United States Department of State is headquartered at 2201 C Street NW, Washington, DC 20451. The Department of State focuses on foreign affairs, and one of its responsibilities is keeping records. The State Department's Federal Registry lists that it holds Education and Cultural Exchange Records.

**STATEMENT OF FACTS**

8. On June 2, 2025, Plaintiff submitted a FIOA request ("FOIA Request") with the USCIS for copies of his IAP-66 or DS-2019 student exchange program forms and his entire A-file. The FOIA Request complied with the USCIS' procedures and statutory requirements.

9. On the same day, Plaintiff submitted a FOIA request ("Request") to the State Department for copies of his IAP-66 or DS-2019 student exchange program forms, and any other immigration documents DOS has on file for him. The Request complied with the State Department's procedures and statutory requirements.

10. Plaintiff received confirmation that the request was delivered to USCIS on June 11, 2025, and that it was delivered to DOS on June 16, 2025.

11. USCIS sent Plaintiff a letter confirming the agency received the FOIA request on June 11, 2025, and assigned the request to control number: NRC2025280720. In its letter, USCIS invoked a ten-day extension of the statutory twenty-working-day deadline for a determination, as permitted under 5 U.S.C. § 552(a)(6)(B). The ten-day extension gave USCIS until July 25, 2025, to make a determination on whether to comply with Plaintiff's request.

12. USCIS has not made a determination as of the date of filing this Complaint.

13. FOIA provides that DOS also had twenty working days to make a determination on Plaintiff's request, which gave the agency until July 16, 2025. DOS did not send any subsequent communication to Plaintiff or made a determination on the request as of the date of this Complaint.

## CAUSE OF ACTION

**Violation of the Freedom of Information Act, 5 U.S.C. § 552 for Failure to Respond to Request Within the Required Time.**

14. Defendants were required to respond to the FOIA Request within twenty days—excluding weekends and holidays—from when the request was received. 5 U.S.C. § 552(a)(6)(A)(i).

15. Even after USCIS invoked a ten-day extension, USCIS had a statutory duty to make a determination within that time period, which the agency did not.

16. Defendants failed to respond to the FOIA Request within the statutorily mandated time limit, violating Plaintiff's rights under FOIA.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Assume jurisdiction in this matter and maintain jurisdiction until Defendants comply with FOIA and every order of this Court;

B. Declare that Defendants' failure to promptly disclose the records responsive to Plaintiff's FOIA Request violates FOIA, 5 U.S.C. § 552(a)(3)(A);

C. Order Defendants to promptly conduct an adequate search for all records responsive to Plaintiff's FOIA request in accordance with 5 U.S.C. § 552(a)(3);

      D.      Order Defendants to disclose all responsive, non-exempt records pursuant to 5 U.S.C. § 552 (a)(4)(B).

| | |
|---|---|
| Dated: July 28, 2025 | /s/ *Anthony Drago, Jr.*<br>Anthony Drago, Jr., Esq. (BBO #552437)<br>Anthony Drago, Jr., P.C.<br>88 Broad St., Fifth Floor<br>Boston, MA 02110<br>Tel: (617) 357-0400<br>anthony@adragopc.com |
| Dated: July 28, 2025 | /s/ *Aaron R. Pentheny*<br>Aaron R. Pentheny (MD SB No. 2412051093)<br>Hake & Schmitt<br>2 Locust Ln Ste. 203<br>Westminster, MD 21157-5075<br>Tel: (410) 635-3337<br>aaron@jvisausa.com<br>*Motion for pro hac vice admission is forthcoming*<br><br>ATTORNEYS FOR PLAINTIFF |